IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAUREN PAULSON,

        Plaintiff,

vs.

OREGON STATE BAR, et al.,

        Defendants.

No. 6:13-cv-175-AA
O R D E R

---

AIKEN, Chief Judge:

    Plaintiff, appearing pro se, filed an Application for CM/ECF Registration as a Self-Represented Party on January 30, 2013 (doc. 4) in the civil case filed in this court the same day. This court granted plaintiff's application by Order dated March 11, 2013 (doc. 13). Ultimately, plaintiff's case was dismissed

and judgment entered on June 7, 2013. The United States Court of Appeals for the Ninth Circuit issued an Order and Mandate dismissing plaintiff's appeal on January 30, 2014.

On April 29, 2014, plaintiff filed a fifteen page document with the court that is designed similar to an internet "blog" posting complete with editorials, cartoons and photographs. The court cannot find a connection between this document and plaintiff's civil case that has been closed and judgment entered for nearly one year. Therefore, the court rescinds plaintiff's CM/ECF filing privileges that were granted to him solely for the duration of the civil case that is now terminated.

IT IS SO ORDERED.

Dated this 29 day of April 2014.

_____
Ann Aiken
United States District Judge